UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUKE BRISSIE | Criminal No. 25-mj-3094 (KAR) |

### GOVERNMENT'S MOTION FOR PRETRIAL DETENTION OF DEFENDANT PURSUANT TO 18 U.S.C. §§ 3142(e) and (f)

The United States of America, by its undersigned attorneys (the "Government") moves for pretrial detention of defendant, pursuant to 18 U.S.C. §§ 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because it involves (check all the apply):

    __XXX__  Crime of violence (18 U.S.C. §§ 3142(f)(1)(A) and 3156)

    _____  Maximum sentence life imprisonment or death (18 U.S.C. § 3142(f)(1)(B))

    _____  10 plus years drug offense (18 U.S.C. § 3142(f)(1)(C))

    _____  Felony, with two prior convictions in above categories (18 U.S.C. § 3142(f)(1)(D))

    _____  Felony involving possession of firearm / destructive device (18 U.S.C. § 3142(f)(1)(E))

    __XXX__  Serious risk defendant will flee (18 U.S.C. § 3142(f)(2)(A))

    _____  Serious risk of obstruction of justice

2. <u>Reason for Detention</u>. The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

<u>XXX</u>   Defendant's appearance as required

<u>XXX</u>   Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. None.

4. <u>Time for Detention Hearing</u>. The Government requests that the court conduct the detention hearing at the defendant's initial appearance.

5. <u>Witnesses</u>.

The Government intends to proceed by proffer and with the evidence set forth in the Affidavit of FBI TFO Andrew Anoskey in support of the defendant's Criminal Complaint.

6. <u>Other Matters</u>.

None.

          Respectfully submitted,

          LEAH B. FOLEY
          United States Attorney

By:   */s/ Caroline Merck*
     CAROLINE MERCK
     caroline.merck@usdoj.gov

Dated:   June 9, 2025

### Certificate of Service

I hereby certify that this document was filed by ECF and will be sent to the registered participants as identified on the Notice of Electronic Filing.

By:   */s/ Caroline Merck*
     CAROLINE MERCK
     Assistant U.S. Attorney